IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDRE GLASER,<br><br>          Defendant. | No. 3-05-70467-MEJ<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXCLUDING TIME |

**STIPULATION**

The parties agree to continue the release or detention hearing in the above-captioned matter from October 13, 2005 until October 19, 2005 at 9:30 a.m., due to the unavailability of defense counsel on the previously-set date. The defendant agrees to waive his right to any earlier such hearing.

It is so stipulated.

DATED: October 13, 2005      _____/S/_____
                             RONALD TYLER
                             Assistant Federal Public Defender
                             Counsel for Andre Glaser

DATED: October 13, 2005      _____/S/_____
                             THOMAS MAZZUCCO
                             Assistant United States Attorney

STIP & ORDER CONTINUING
RELEASE OR DETENTION HEARING
*United States v. Andre Glaser*
No. 3-05-70467-MEJ                            - 1 -

**ORDER**

The above-captioned matter is continued until October 19, 2005 at 9:30 a.m. for further hearing on the issue of release or detention.

IT IS SO ORDERED.

DATED:   10/18/05

_____
JAMES A. LARSON
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

STIP & ORDER CONTINUING
RELEASE OR DETENTION HEARING
*United States v. Andre Glaser*
No. 3-05-70467-MEJ                                - 2 -