KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ANDRE GLASER, <br>     Defendant. | No. CR 05-00731 WHA <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 3, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on November 22, 2005 for defendant's arraignment on the indictment.

    2. At a status hearing on December 8, 2005, the matter was continued until January 10, 2006 for trial setting before the Honorable William H. Alsup.

    3. On December 8, 2005, Assistant Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from December 17, 2005 to January 9, 2006, based on continuity of counsel. Mr. Tyler will be out of the office from December 17, 2005 to January 9,

STIPULATION AND ~~PROPOSED~~ ORDER      1
CR 05-00731 WHA

1  2005.  The parties moved that this same time period be excluded from the calculation of time
2  under the Speedy Trial Act.
3      4.  In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny defendant continuity of counsel and would deny counsel for the defense the
5  reasonable time necessary for effective preparation, taking into account the exercise of due
6  diligence.  See 18 U.S.C. § 3161(h)(8)(A), (B)(iv).  The ends of justice would be served by the
7  Court excluding the proposed time period.  These ends outweigh the best interest of the public
8  and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).
9      2.  For the reasons stated, the time period from December 17, 2005 through January 9,
10 2005 shall be excluded from the calculation of time under the Speedy Trial Act.
11     IT IS SO STIPULATED.

14 DATED: _____                Respectfully Submitted,

16                                                        _____ /S/
                                                         NAHLA RAJAN
17                                                       Special Assistant United States Attorney

19 DATED: _____                                 _____ /S/
20                                                       RONALD TYLER
                                                         Counsel for Andre Glaser

22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

   [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]

24 DATED: December 13, 2005                              _____
25                                                       HONORABLE WILLIAM H. ALSUP
                                                         United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER          2
CR 05-00731 WHA

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A))

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**RONALD TYLER**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 9, 2005

　　　　　　　　　　　　　　　　　　　　　/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office