1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,           )   No. CR 05-00731 WHA
14                                     )
         Plaintiff,                    )   [PROPOSED] ORDER AND
15                                     )   STIPULATION TO CONTINUE BAIL
         v.                            )   REVIEW HEARING
16                                     )
   ANDRE GLASER,                       )
17                                     )
         Defendant.                    )
18 _____)

19
       A bail review hearing has been set, pursuant to a request by Pre-trial Services, for
20
   December 15, 2005 at 11 a.m., before the Honorable James Larson.  Government counsel will be
21
   out of district and is therefore unavailable on that date.  Defense counsel is similarly unavailable
22
   from December 17, 2005 to January 9, 2006.  Accordingly, the parties agree and stipulate that the
23
   hearing shall be continued until January 12, 2005 at 11 a.m., provided that the Court is available
24
   on that date.  Pre-trial Services Officer Victoria Gibson has been notified of the
25
   //
26
   //
27
   //
28

   STIPULATION AND PROPOSED ORDER        1
   CR 05-00731 WHA

1  change.

3      IT IS SO STIPULATED.

6  DATED: 12/27/05

Respectfully Submitted,

                         /S/
NAHLA RAJAN
Special Assistant United States Attorney

DATED: _____

                         /S/
RONALD TYLER
Counsel for Andre Glaser

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/27/05

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Larson]*

HONORABLE JAMES LARSON
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER          2
CR 05-00731 WHA

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | The undersigned hereby certifies that she is an employee of the Office of the United States |
| 3 | Attorney for the Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers.  The undersigned further certifies that she caused a copy of: |
| 5 | [PROPOSED] ORDER AND STIPULATION TO CONTINUE BAIL REVIEW HEARING |

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**RONALD TYLER**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 21, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office