KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ANDRE GLASER, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-00731 WHA <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter October 3, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on November 22, 2005 for defendant's arraignment on the indictment.

    2. On November 22, 2005, the matter was continued until December 6, 2005 for initial appearance before the Honorable William H. Alsup.

    3. On November 22, 2005, Assistant Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from November 22, 2005 to December 6, 2005, based on effective preparation of counsel. The parties moved that this same time period be excluded

STIPULATION AND PROPOSED ORDER    1
CR 05-00731 WHA

from the calculation of time under the Speedy Trial Act.

    4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny defendant continuity of counsel and would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

    2. For the reasons stated, the time period from November 22, 2005 through December 6, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.

    IT IS SO STIPULATED.

DATED: January 12, 2006                        Respectfully Submitted,

                                                              /S/
                                                    NAHLA RAJAN
                                                    Special Assistant United States Attorney

DATED: January 12, 2006                                                    /S/
                                                    RONALD TYLER
                                                    Counsel for Andre Glaser

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 16, 2006_____                            William Alsup

*[Stamp: IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California]*

STIPULATION AND ~~PROPOSED~~ ORDER       2
CR 05-00731 WHA