**P~~ROPOSE~~D ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable James Larson<br>U.S. Magistrate Judge | **RE:** | Andre Glaser |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR05-00731 WHA |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Michelle Nero                                          415-436-7513
                                                       **TELEPHONE NUMBER**

**DATE:**  January 24, 2006

**RE:  MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __F__ on __FEB 2, 2006__ at __11:00 a.m.__.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ]  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]  Modification(s)

A.

B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ]  Other Instructions:

_____

_____

_____            1-25-06
JUDICIAL OFFICER                   DATE

Cover Sheet (12/03/02)