1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6838
7  FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,          )   No. CR 05-00731 WHA
                                      )
13        Plaintiff,                  )
                                      )   [PROPOSED] ORDER ALLOWING
14   v.                               )   GOVERNMENT TO MAINTAIN TRIAL
                                      )   EXHIBITS
15 ANDRE GLASER,                      )
                                      )
16        Defendant.                  )
                                      )

17

18        Pursuant to the Government's request, the Court orders that all exhibits used in the

19 above-captioned trial be maintained by the Government pending any appeal. The exhibits will be

20 returned to and held by Inspector Michael Hamilton of the San Francisco Police Department.

21 Defense counsel has been notified and has no objection.

22
   DATED: _____                  Respectfully Submitted,
23

24                                        _____/S/_____
                                          NAHLA RAJAN
25                                        Special Assistant United States Attorney

26 IT IS SO ORDERED.

27

28 DATED: March 2, 2006                   _____
                                          HONORABLE WILLIAM H. ALSUP
                                          United States District Judge