IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0731 WHA |
| Plaintiff, | |
| v. | **ORDER RE WITNESS FEE** |
| ANDRE GLASER, | |
| Defendant. / | |

Upon application of the defendant and good cause appearing,

**IT IS HEREBY ORDERED** that the fees and expenses of witness Sarah Armstead shall be paid as if she had been subpoenaed on behalf of the government.

**IT IS SO ORDERED.**

Dated: March 6, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE