IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDRE GLASER,<br><br>　　　　　Defendant. | No. CR 05-0731 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING<br>SENTENCING**<br><br>Current Date: June 6, 2006 at 11 a.m.<br>Requested Date: June 14, 2006 at 11 a.m. |

Defendant Andre Glaser, by and through his counsel of record, Assistant Federal Public Defender Ronald C. Tyler, and the plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Nahla Rajan, stipulate as follows:

(1)　By this stipulation the parties request permission to continue the currently calendared sentencing from its original date of June 6, 2006 to June 14, 2006. The continuance is needed so that the parties can respond appropriately to the final pre-sentencing report, which was given to them by the probation office on May 30, 2006.

///

*Stip. Cont. Sentencing*
*CR-05-0731WHA*

1

(2) Assistant United States Attorney Nahla Rajan has been notified and has no objection to the requested continuance.

(3) Probation Officer Cheryl Simone has been notified and has no objection to the requested continuance.

IT IS SO STIPULATED.

6/1/06
Dated

RONALD C. TYLER
Assistant Federal Public Defender

6/2/06
Dated

NAHLA RAJAN
Assistant United States Attorney

## ORDER

For good cause shown, **IT IS HEREBY ORDERED** that counsel's request for a continuance shall be granted. Defendant Andre Glaser's sentencing date is now scheduled for June 14, 2006 at 11 a.m..

**IT IS SO ORDERED.**

6/5/06
Dated

WILLIAM ALSUP
United States District Judge

*Stip. Cont. Sentencing*
*CR-05-0731WHA*

2