**PROPOSED ORDER/COVER SHEET**

FILED

07 JAN 12 PM 2: 13

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:     Honorable William H. Alsup
        U.S. District Judge

RE:     Andre Glaser

FROM:   Claudette M. Silvera, Chief
        U.S. Pretrial Services Officer

DOCKET NO. CR05-00731 WHA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Victoria Gibson | 510-637-3752 |
|---|---|
| U.S. Pretrial Officer Specialist | TELEPHONE NUMBER |

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

✓ Other Instructions:

_The warrant is hereby withdrawn._

_____          _1-12-07_
JUDICIAL OFFICER                           DATE

Cover Sheet (12/03/02)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA et al,

        Plaintiff,

v.

GLASER et al,

        Defendant.

                        /

Case Number: CR05-00731 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Nahla Rajan
Office of the U.S. Attorney
450 Golden Gate Ave.
Invalid email address as of 10/16/06
San Francisco, CA 94102

Ronald C. Tyler
Federal Public Defender's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Victoria Gibson
US Probation Office

US Marshal Service


Dated: January 12, 2007

                               Richard W. Wieking, Clerk
                               By: D. Toland, Deputy Clerk